## HILL *v.* STARCO COAL COMPANY.

[No. 13,296. Filed October 3, 1928.]

*John A. Riddle,* for appellant.

*Jacob S. White, Burrell Wright* and *Edward J. Boleman,* for appellee.

THOMPSON, J.—This is an appeal from an award of the Industrial Board denying appellant compensation.

The error assigned is that the award is contrary to law, the only question presented being as to the sufficiency of the evidence.

After carefully examining the briefs and record in this case, we hold that there is some evidence to support the finding, and, where there is some evidence, an award will not be disturbed on appeal. See *Kramer* v. *Huntington Steel, etc., Co.* (1920), 73 Ind. App. 289, 127 N. E. 284, and cases therein cited.

Affirmed.